C. Scott Greene, California Bar No. 277445
Tracy M. Talbot, California Bar No. 259786
Monique Jewett-Brewster, California Bar No. 217792
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         scott.greene@bryancave.com
                  tracy.talbot@bryancave.com
                  monique.jewettbrewster@bryancave.com

Attorneys for Defendant WELLS FARGO BANK, N.A. (erroneously sued as WACHOVIA BANK, NATIONAL ASSOCIATION Now Known As WELLS FARGO As The Purported Trustee For The Securitized Trust Known As The AEGIS ASSET BACKED SECURITIES TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5 CIK #001343123)

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. JONES and STEPHANNI JONES, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AEGIS WHOLESALE CORPORATION; NATIONSTAR MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2005-F TRUST; WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2005-F TRUST; WACHOVIA BANK, NATIONAL ASSOCIATION NOW KNOWN AS WELLS FARGO AS THE PURPORTED TRUSTEE FOR THE SECURITIZED TRUST KNOWN AS THE AEGIS ASSET BACKED SECURITIES TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5 CIK #001343123; BANK OF AMERICA N.A.; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:15-cv-01134-JAM-CKD<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6)<br><br>Date: August 19, 2015<br>Time: 9:30 a.m.<br>Dept.: Courtroom 6, 14th Floor<br>Hon. John A. Mendez<br><br>Complaint Filed: March 19, 2015 |

The Motion to Dismiss the Complaint of Plaintiffs Timothy W. Jones and Stephanni Jones ("Motion") filed by Defendant Wells Fargo Bank, N.A. came on for hearing on August 19, 2015 at 9:30 a.m. in Courtroom 6, 14th Floor of the above-entitled Court, the Honorable John A. Mendez presiding. All appearances are as noted on the record.

The Court has read and considered the pleadings filed in support of and in opposition to the Motion, the arguments of counsel at the hearing, and the case file in this action. Good cause appears for the requested relief, and the Court finds that Defendant's Motion should be granted on the grounds that Plaintiffs have failed to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Plaintiffs' Complaint fails to state any cognizable legal claim against Defendant. Plaintiffs' Complaint is incapable of amendment, such that leave to amend would be futile in this instance.

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Request for Judicial Notice for Exhibits A, B and C pursuant to Fed R. Evid. 201 is hereby GRANTED;

2. Defendant's Motion to Dismiss Plaintiffs' Complaint is hereby GRANTED without leave to amend.

Date: September 8, 2015

Honorable John A. Mendez
United States District Judge