MCGUIREWOODS LLP
ALISON V. LIPPA SBN #160807
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone:  310.315.8200
Facsimile:  310.315.8210
alippa@mcguirewoods.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. JONES and STEPHANNI JONES, individuals,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>AEGIS WHOLESALE CORPORATION; NATIONSTAR MORTGAGE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; U.S. BANK, NATIONAL ASSOCIATION, SUCCESSOR TURSTEE TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION 2005-F TRUST; WACHOVIA BANK, NATIONAL ASSOCIATION NOW KNOWN AS WELLS FARGO AS THE PURPORTED TRUSTEE FOR THE SECURITIZED TRUST KNOWN AS THE AEGIS ASSET BACKED SECURITIES TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5 CIK# 001343123; BANK OF AMERICA, N.A.; and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. 2:15−CV−01134−JAM−CKD<br><br>[The Hon. John A. Mendez]<br><br>**ORDER GRANTING<br>BANK OF AMERICA, N.A.'s MOTION<br>TO DISMISS THE COMPLAINT**<br><br>Date:　　August 19, 2015<br>Time:　　9:30 a.m.<br>Crtrm:　　6<br><br>Complaint Filed:　　March 19, 2015<br>Trial Date:　　　　TBA |

PROPOSED ORDER GRANTING BANK OF AMERICA, N.A.'s MOTION TO DISMISS THE COMPLAINT

1   This matter is before the Court on the motion of Defendant BANK OF AMERICA, N.A.'s
2 ("Defendant") Motion to Dismiss the Complaint of Plaintiffs TIMOTHY AND STEPHANNI
3 JONES ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6).
4   Having considered the motion and argument presented, it appears that good cause exists to
5 dismiss this action against Defendant.
6   It is therefore ORDERED, ADJUDGED and DECREED that Defendant's Motion to
7 Dismiss the Complaint is GRANTED without leave to amend.

IT IS SO ORDERED:

Dated: 10/19/2015              /s/ John A. Mendez
                               UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I, Alison V. Lippa, certify that on June 19, 2015, the foregoing document entitled **[PROPOSED] ORDER GRANTING BANK OF AMERICA, N.A.'S MOTION TO DISMISS THE COMPLAINT** was filed electronically via the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

*/s/ Alison V. Lippa*
Alison V. Lippa