UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. JONES; and STEPHANNI JONES, individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AEGIS WHOLESALE CORPORATION, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-01134-JAM-CKD<br><br>**ORDER GRANTING ATTORNEY PATRICIA RODRIGUEZ AND THE RODRIGUEZ LAW GROUP, INC.'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

　　　Counsel for Plaintiffs Timothy W. Jones and Stephanni Jones, Patricia Rodriguez and the Rodriguez Law Group, Inc., move the Court for permission to withdraw as counsel of record (Doc. #67).[1] No party has filed an opposition or a statement of non-opposition to the motion; Plaintiffs have consented to the withdrawal (Doc. #67-3). Attached to the motion is the affidavit of Patricia Rodriguez (Doc. #67-2). Having considered the motion and accompanying affidavit, the Court finds Plaintiffs' counsel have satisfied the requirements of Local Rule 182(d) and

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was scheduled for June 14, 2016.

1

1  California Rules of Professional Conduct Rule 3-700.  Good cause
2  having been shown, the Court GRANTS the motion to withdraw.
3  Plaintiffs intend to proceed in propria persona.  Because
4  Plaintiffs are now appearing in propria persona, this matter is
5  referred to the assigned Magistrate Judge for all pending and
6  future proceedings.  E.D. Cal. L.R. 302(c)(21).

7       The parties also request that the Court continue the trial
8  date and all pre-trial deadlines while they participate in the
9  Court's Voluntary Dispute Resolution Program (VDRP) (Doc. #69).
10  Because the VDRP does not allow for the referral of "actions in
11  which one of the parties is appearing pro se," the Court DENIES
12  this request.  E.D. Cal. L.R. 271(a)(2)(ii).

13       IT IS SO ORDERED.
14  Dated: June 15, 2016

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE