1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY JONES, et al.,                     No.  2:15-cv-1134 JAM CKD PS

12                 Plaintiffs,

13          v.                                   ORDER

14   NATIONSTAR MORTGAGE, et al.,

15                 Defendants.

16

17          This matter was referred to the undersigned for pretrial case management because

18   plaintiffs are now proceeding pro se.  ECF No. 71.  The dates previously set for expert disclosure,

19   pretrial conference and trial shall remain the same; the dates for discovery cut-off and law and

20   motion cut-off will be modified to reflect available dates on the undersigned's law and motion

21   calendar.

22          The parties have requested referral to the court's Voluntary Dispute Resolution Program

23   ("VDRP").  The parties are advised that the VDRP is not available in actions in which one of the

24   parties is appearing pro se.  E.D. Local Rule 271 (a)(2)(ii).  However, a settlement conference

25   before a Magistrate Judge is available for the parties.  In the absence of waiver of disqualification

26   of the undersigned, the settlement conference will be set before another Magistrate Judge.

27   /////

28   /////

Upon review of the docket and good cause appearing, IT IS HEREBY ORDERED that:

1.  The dates set forth in the amended scheduling order (ECF No. 64) are confirmed except as follows:

a.  All discovery is left open, save and except that it shall be so conducted as to be completed by August 10, 2016.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

b.  All law and motion except as to discovery is left open, save and except that it shall be conducted so as to be completed by October 5, 2016.  The word "completed" in this context means that all law and motion matters must be heard by the above date.  The parties are cautioned to refer to the local rules regarding the requirements for noticing such motions on the undersigned's regularly scheduled law and motion calendar.  This paragraph does not preclude motions for continuances, temporary restraining orders or other emergency applications.

2.  No later than July 1, 2016, the parties shall advise the court whether they would like to have this matter scheduled for settlement conference, and if so, whether the parties waive disqualification of the undersigned to preside over said settlement conference.

Dated:  June 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 jones1134.oas.mod

2