**SHAPIRO, VAN ESS, SHERMAN & MARTH, LLP**
Darlene Palaganas Hernandez, Esq., Bar No. 203050
Email: Dhernandez@logs.com
949 South Coast Drive, Suite 475
Costa Mesa, CA 92626
Tel:   (877)257-0717
Fax:   (847) 879-4836
File No. 15-002611

**Attorneys for Defendants**
**NATIONSTAR MORTGAGE LLC et al.**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. JONES AND STEPHANNI JONES, INDIVIDUALS<br><br>Plaintiffs,<br><br>vs.<br><br>AEGIS WHOLE SALE CORPORATION; NATIONSTAR MORTGAGE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,<br><br>Defendants. | Case No. 2:15-CV-01134-JAM-CKD<br><br>*Assigned for All Purposes to:*<br>*HONORABLE CAROLYN K. DELANEY*<br><br>**REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON** |

**TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY**

1
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER

Plaintiffs TIMOTHY W. JONES and STEPHANNI JONES ("Plaintiffs") hereby request that the entire above-captioned action and parties be dismissed with prejudice.

                        Respectfully submitted,

Dated: November 21, 2016

                        By: /TIMTHY W. JONES /
                            TIMOTHY W. JONES
                            Plaintiff in pro se

Dated: November 21, 2016

                        By: /STEPHANNI JONES/
                            STEPHANNI JONES
                            Plaintiff in pro se

# ORDER

IT IS HEREBY ORDERED that the First Amended Complaint and all claims for relief against the parties in the above-referenced matter are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  November 23, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4